**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

HOLLY SALZMAN,

    Plaintiff,

v.                                                                  CV No. 18-779 CG/LF

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, May 28, 2019, at 2:00 p.m.** The conference will address the scheduling and location of the trial and other significant pretrial hearings.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                                            _____
                                                                            THE HONORABLE CARMEN E. GARZA
                                                                            CHIEF UNITED STATES MAGISTRATE JUDGE