IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOLLY SALZMAN,

    Plaintiff,

v.                                      CV No. 18-779 CG/LF

UNITED STATES OF AMERICA,

    Defendant.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the telephonic status conference currently set for September 24, 2019, is **RESET** to **Friday, September 20, 2019, at 9:00 a.m.** The conference will address the scheduling and location of the trial and other significant pretrial hearings.

    Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE