IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOLLY SALZMAN,

    Plaintiff,

v.                                           CV No. 18-779 CG/LF

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING BENCH TRIAL

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date, time, and location. **IT IS HEREBY ORDERED** that a three-day bench trial will be conducted in **Albuquerque, New Mexico**, beginning **Tuesday, April 21, 2020 at 9:00a.m.**

**IT IS FURTHER ORDERED** that a pretrial conference shall be conducted on **Tuesday, April 7, 2020 at 9:00a.m.** The Court will announce the courtroom assignment for both the pretrial conference and the bench trial by separate Order in early 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE