# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

HOLLY SALZMAN,

      Plaintiff,

v.                                                           CV No. 18-779 CG/LF

UNITED STATES OF AMERICA,

      Defendant.

## ORDER SETTING PRETRIAL DEADLINES

**THIS MATTER** is before the Court on the parties' *Proposed Pretrial Order*, (Doc. 69), filed January 29, 2020. A Bench Trial is set in this matter to commence on **April 21, 2020, at 9:00a.m. in Albuquerque, New Mexico**. The Final Pretrial Conference will be conducted on **April 7, 2020, at 9:00a.m. in Albuquerque, New Mexico**. The parties may request to attend the Final Pretrial Conference by telephone no later than **March 31, 2020**.

**IT IS THEREFORE ORDERED** that on or before **March 24, 2020**, the parties shall file all Motions in Limine, the final consolidated Witness List, the final consolidated Exhibit List, and a final list proffered by each party of deposition testimony to be used at trial. The final consolidated Exhibit List shall contain numerical assignments for each identified exhibit. The deposition testimony must identify only the relevant portions that counsel intend to utilize at trial, except for any deposition testimony which may be used during cross-examination or rebuttal.

**IT IS FURTHER ORDERED** that on or before **March 31, 2020**, counsel shall submit their contested Exhibit Lists, any objections to the opposing party's deposition testimony, and any response to the opposing party's Motions in Limine. In the parties'

contested Exhibit Lists, counsel must specify the legal basis for each objection. In any objections to the opposing party's designation of deposition testimony, counsel must identify the objectionable portions of the requested deposition testimony.

**IT IS FURTHER ORDERED** that on or before **April 7, 2020**, counsel shall each submit proposed findings of fact and conclusions of law. The Court will enter its Pretrial Order after conferring with the parties at the pretrial conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE