IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOLLY SALZMAN,

    Plaintiff,

v.                               CV No. 18-779 CG/LF

UNITED STATES OF AMERICA,

    Defendant.

## ORDER VACATING TRIAL AND PRETRIAL DEADLINES

**THIS MATTER** is before the Court upon notice that this case has settled, (Doc. 72). **IT IS THEREFORE ORDERED** that the *Order Setting Pretrial Deadlines*, (Doc. 70), and all deadlines delineated therein, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Bench Trial, scheduled to begin on April 21, 2020, and the Final Pretrial Conference, set for April 7, 2020, are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE